



_____
J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

IN RE:                                          )
   Regina Boston                       )
                                                )
                                                )    Case No:  10-33189
                                                )
                                                )    Chapter 7
           Debtor(s).            )
_____)

## ORDER GRANTING APPLICATION FOR WAIVER OF CHAPTER 7 FILING FEE

Upon consideration of the debtor(s)' "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

**This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.**                    **United States Bankruptcy Court**