B 6F (Official Form 6F)(12/07)

In re **Regina Boston**, _____
         Debtor

Case No. **10-33189**
       (if known)

**Amended**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

FILED JAN 19 2011 U.S. Bankruptcy Court Western District of NC

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3410 <br> Educational Credit Management Corporation <br> P.O. Box 75906 <br> St. Paul, MN 55175 | | | 12/11/2009 <br> Assignment Transferred | | | X | $114,039.17 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | Subtotal▶ | | $114,039.17 |
| ___ continuation sheets attached | | | | | Total▶ | | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

## AMENDED Creditor's List                Case # 10-33189

American Student Assistance
100 Cambridge Street/ Suite 1600
Boston, MA 02114
$114,059.17

Litton Loan Servicing, LLP.
4828 Loop Central Drive
Houston, TX 77081
BAL. $98,838.94

Brookmere Homeowner's Association, Inc
c/o Law Office of Chris Karrenstein
5500 Highway 49 South, Suite 200
Harrisburg, NC 28075
Bal. $2,217

Captial One Bank
P. O. Box 71083
Charlotte, NC 28272
Bal. $755.22

Client Services, Inc
Original Creditor: AT&T
3451 Harry S. Truman Road
St. Peters, MO 63146
Bal. $265.

First Premier
900 W Delaware Street
Sioux Falls, SD 57104
Bal. $361

HSBC Bank
P O Box 5253
Carol Stream, IL 60197
Bal. $635

*Stuart, Allen & Associates, Inc.
c/o Sun Life Assurance Company of Canada/US
5447 E. 5th Street, Suite 110
Tucson, Arizona 85711-2345
Acct # 02675497
Bal. $ 578.91

*Coventry Health and Life Insurance Company
3721 Techport Drive
P. O. Box 67103
Harrisburg, PA 17106
Bal. $1,206.04 Agent Id. # 116068

*ROI Services, Inc.
c/o Carolina Photography. Inc.
Sunny Point Drive
Zebulon, NC 27597
Ref # 1102153940
Bal. $ 72.00

**AMENDED Creditor's List**     Case # <u>10-33189</u>

Educational Credit Management Corporation
P. O. Box 75906
St. Paul, MN 55175
Acct. # 3410
Bal. $114,039.17