# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| REGINA BOSTON | § | CASE NO. 10-33189-JCW |
| | § | CHAPTER 7 |
| | § | |
| | § | JUDGE J. CRAIG WHITLEY |

### REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**Litton Loan Servicing LP**
**P. O. Box 829009**
**Dallas, Texas 75382-9009**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

F# 5540-N-3226
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Litton Loan Servicing LP

## CERTIFICATE OF SERVICE

      I, Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before May 17, 2011:

**Debtors' Attorney**
Regina Boston
Debtor Pro Se
1220 Ballina Way
Charlotte, NC  28214

**Chapter 7 Trustee**
Langdon M. Cooper
Post Office Box 488
Gastonia, North Carolina 28053-0488

**U.S. Trustee**
Office of U. S. Trustee
402 W. Trade Street, Suite 110
Charlotte, North Carolina 28202

      /s/ Joe M. Lozano, Jr.

      Joe M. Lozano, Jr.

5540-N-3226
noaelect